AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Luis Andrade-Tapia | ) Case No. | |
| | ) | 17 mj 3092 |
| | ) | |
| *Defendant(s)* | ) | |

*FILED UNITED STATES DISTRICT COURT ALBUQUERQUE, NEW MEXICO*
*NOV 09 2017*
*MATTHEW J. DYKMAN CLERK*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11-8-2017__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) & (b)(1)(C) | Possession with intent to distribute less than 500 grams of a mixture or substance containing cocaine, a schedule II controlled substance |

This criminal complaint is based on these facts:

See Attached Affidavit of Speical Agent Geronimo Abrahao, incorporated by reference

☑ Continued on the attached sheet.

*Complainant's signature*

Geronimo Abrahao, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-9-17

*Judge's signature*

City and state: Albuquerque, New Mexico                    Kirtan Khalsa, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF SPECIAL AGENT GERONIMO ABRAHAO:

I, Geronimo Abrahao, Special Agent (SA), Drug Enforcement Administration (DEA), United States Department of Justice, being duly sworn, do depose and hereby state the following:

I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18 U.S.C § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18 U.S.C. § 2516. I have been employed by the DEA since May 2015. I am empowered to investigate, to make arrests with or without a warrant and to execute search warrants under the authority of Title 21 U.S.C. § 878.

This affidavit is made in support of the issuance of a Criminal Complaint charging Luis ANDRADE-TAPIA with violation of Title 21 U.S.C. Sections 841(a)(1) and (b)(1)(C), possession with the intent to distribute less than 500 grams or more of a mixture or substance containing Cocaine, a schedule II controlled substance. Because this Affidavit is written for the limited purpose of setting forth probable cause for the requested criminal complaint, I have not included every fact known to me through this investigation. I have set forth those facts I deem necessary to establish probable cause of the above listed offenses.

On November 8, 2017, DEA Albuquerque District Office arrested Luis ANDRADE-TAPIA during the execution of a Federal Search Warrant at 432 General Patch NE, Albuquerque, NM. ANDRADE-Tapia ran from police during the execution of the search warrant and was found hiding in his neighbor's backyard.

At approximately 8:55 PM, DEA Agents executed the search warrant at 432 General Patch NE, Albuquerque, NM. During the execution of the search warrant, the evidence collected included the following:

- One ziplock bag containing a white powdery substance pressed into a block suspected to be cocaine totaling 252.4 gross grams (field tested positive for cocaine by SA Erin Croft); one digital scale, and a spoon with white powdery residue all found inside of cowboy boot inside of the closet of ANDRADE-TAPIA's bedroom.
- One silver jacket containing an unknown amount of U.S. Currency, found inside the closet of ANDRADE-TAPIA's bedroom.
- One black jacket containing an unknown amount of U.S. Currency, found inside the closet of ANDRADE-TAPIA's bedroom.
- Approximately eleven cell phones consistent with drug trafficker's method of operation in which cell phones are frequently purchased and changed.
- One 2016 Toyota Tundra (Vehicle Identification Number 5TFFW5F12GX209795) with a hidden compart located on the floor board under the rear passenger seat.

- One .45 caliber Colt 1911 MK-IV model pistol Serial Number SF34958, which was listed in Law Enforcement databases as stolen.

At approximately 9:45 PM, SA Abrahao and Group Supervisor (GS) Gabriel Valdez interviewed ANDRADE-TAPIA. SA Abrahao informed ANDRADE-TAPIA of his Miranda warnings utilizing a DEA-13B (Advice of Rights in Spanish) card and read the card to ANDRADE-TAPIA in its entirety. ANDRADE-TAPIA indicated that he understood his rights and agreed to voluntarily speak with Agents.

SA Abrahao asked ANDRADE-TAPIA if he (ANDRADE-TAPIA) lived at the 432 General Patch address. ANDRADE-TAPIA responded that he lived at the 432 General Patch address. SA Abrahao asked ANDRADE-TAPIA why he ran from police. ANDRADE-TAPIA said he was scared. SA Abrahao asked ANDRADE-TAPIA if he had a job and how he paid for all the cars and things he had in his house. ANDRADE-TAPIA responded that he works fixing dry wall, and sold cocaine. SA Abrahao asked ANDRADE-TAPIA if he had any illegal drugs, guns, and money in the house. ANDRADE-TAPIA told SA Abrahao that he had cocaine in his bedroom, and a gun in a shed in the backyard of the residence. ANDRADE-TAPIA also told SA Abrahao that he would take SA Abrahao and show where the cocaine and the gun were. SA Abrahao and GS Valdez walked with ANDRADE-TAPIA to his bedroom where the cocaine had already been found by other agents and had been placed on top of the bed. SA Abrahao asked ANDRADE-TAPIA if that was all the cocaine he had, ANDRADE-TAPIA responded yes.

[concluded on the following page]

SA Abrahao and GS Valdez walked with ANDRADE-TAPIA to the backyard of the residence, where a shed was located. ANDRADE-TAPIA pointed to a large metal pan containing several plastic containers on the top shelf inside the shed. ANDRADE-TAPIA told SA Abrahao that the gun was inside of the metal pan. SA Abrahao pulled the pan from the shelf and found a .45 caliber Colt 1911 MK-IV model pistol Serial Number SF34958, which was later found to be stolen based on Law Enforcement databases.

Based on the foregoing, and my training and experience, I believe the above quantity of drugs is indicative of drug distribution rather than personal use. I believe that probable cause exists that Luis ANDRADE-TAPIA, on or about November 8, 2017, did unlawfully, knowingly, and intentionally possess with the intent to distribute less than 500 grams or more of a mixture or substance containing cocaine, a schedule II controlled substance contrary to Title 21 U.S.C. Sections 841(a)(1) and (b)(1)(C).

Subscribed to and sworn before me this 9th day of November, 2017 in Albuquerque, New Mexico.

Geronimo Abrahao
Special Agent
Drug Enforcement Administration

Kirtan Khalsa
United States Magistrate Judge

3